BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ  07083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 17-31017

Re:    MARIA E. BECKER                              Atty:   BRUCE W RADOWITZ ESQ
       58 WOODLAND DRIVE                                    RADOWITZ & ASSOCIATES
       ROSELLE,  NJ  07203                                  636 CHESTNUT ST
                                                            UNION, NJ  07083

## RECEIPTS AS OF 12/31/2017     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/04/2017 | $400.00 | 24648730413 | | | |

**Total Receipts: $400.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $400.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 23.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | SETERUS, INC. | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | WELLS FARGO OPERATIONS CENTER | MORTGAGE ARRE | 112.49 | 100.00% | 0.00 | 0.00 |

**Total Paid: $23.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $400.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $23.60     =     Funds on Hand: $376.40

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.