Bruce W. Radowitz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

In the matter of:

Maria E. Becker

Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Case No: 17-31017/SLM
Chapter 13

# CERTIFICATION OF SERVICE

I,  Bruce W. Radowitz, Esq

☒ represent the debtor in the above-captioned matter
☐ am the secretary for Bruce W. Radowitz, Esq, who represents the debtor in the above captioned matter.
☐ am the _____ in the above case and am representing myself.

2. On February 12, 2018 I sent a copy of the following pleading and/or documents to the parties listed in the chart below: Chapter 13 Transmittal Letter, Modified Chapter 13 Plan and Appraisal on behalf of the Debtor(s)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of services indicated

/s/ Bruce W. Radowitz

| Name and Address of Party Served | Relationship of Party of the Case | Mode of Service |
|---|---|---|
| Marie-Ann Green<br>Standing Chapter 13 Bankruptcy<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)    Other<br>_____<br>(as authorized by the court *) |
| Wells Fargo Bank, N.A. Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001<br>Attention: CEO, Corporation, Agent, Managing Partner or Party Designated to Accept Service | mortgage | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)    Other<br>_____<br>(as authorized by the court *)<br>☐ |