UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit

In Re:

Marie E. Becker,

Debtor.

Case No.:      17-31017-SLM

Chapter:            13

Hearing Date:    2/28/2018

Judge:            Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 2017 Toyota Corolla (Docket # 20)

_____

Date: 02/27/2018                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*