```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

MARIA E. BECKER
```

Case No.: 17-31017

Adv. No.:

Hearing Date:

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/27/2018, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---
Debtor:
MARIA E. BECKER
58 WOODLAND DRIVE
ROSELLE, NJ  07203
Mode of Service:  Regular Mail

---
Attorney for Debtor(s):
BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ  07083
Mode of Service:  Notice of Electronic Filing (NEF)

---

Dated:  April 27, 2018

By:  /S/  Lauren O'Shea
Lauren O'Shea