Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

              Case No.: 17−31017−SLM
              Chapter: 13
              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria E. Becker
   58 Woodland Drive
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−2831

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 16, 2018
JAN: rah

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-31017-SLM
Maria E. Becker                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1             Date Rcvd: May 16, 2018
                            Form ID: 148           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db          +Maria E. Becker,    58 Woodland Drive,    Roselle, NJ 07203-2464
cr          +Robertson, Anschutz & Schneid, P.L.,    Bankruptcy Department,    6409 Congress Ave,    Suite 100,
              Boca Raton, FL 33487-2853
517125814   +Citi,    Po Box 9001037,    Louisville, KY 40290-1037
517340493   +Federal National Mortgage Association,    c/o Seterus, Inc.,    PO Box 1047,
              Hartford, CT 06143-1047
517144422   +Federal National Mortgage Association,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517125815    Seterus, Inc.,    Attn: Bankruptcy Dept.,    PO Box 1047,    Hartford, CT 06143-1047
517125816   +Toyota Financial Service,    Po Box 585,    Carol Stream, IL 60132-0585
517217896   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 16 2018 23:45:41     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 16 2018 23:45:35     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: RMSC.COM May 17 2018 03:18:00      Synchrony Bank c/o PRA Receivables Management, LLC,
              PO BOX 41021,    Norfolk, VA 23541-1021
517264810   +EDI: PRA.COM May 17 2018 03:18:00      Bureaus Investment Group Portfolio No 15 LLC,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517346767    EDI: RESURGENT.COM May 17 2018 03:18:00      LVNV Funding, LLC its successors and assigns as,
              assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
517283258    EDI: PRA.COM May 17 2018 03:18:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
517131004   +EDI: RMSC.COM May 17 2018 03:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517125817   +EDI: WFFC.COM May 17 2018 03:18:00      Wells Fargo,    Po Box 10335,    Des Moines, IA 50306-0335
517177179    EDI: WFFC.COM May 17 2018 03:18:00      Wells Fargo Bank, N.A.,    1 Home Campus  X2303-01A,
              Des Moines, IA 50328-0001
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Federal National Mortgage Association,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Debtor Maria E. Becker bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6